# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victoria Geraldine Bustos-Cazo,<br><br>Petitioner,<br><br>v.<br><br>Markwayne Mullin, et al.,<br><br>Respondents. | No. CV-26-05026-PHX-JZB<br><br>**ORDER** |

This matter is before the Court upon its own review. On July 17, 2026, Petitioner filed her Petition. (Doc. 1.) Attached to her Petition was a copy of her June 24, 2026, bond hearing. (Doc. 1-1 at 12.) Pursuant to General Order 26-09, Respondents were directed that their response "must be supported by documentary evidence[.]" (Doc. 4 at 3.) Because they have not provided a transcript or recording of the bond hearing, the Court will order Respondents, on or before August 21, 2026, to provide a transcript or recording of the June 24, 2026, bond hearing.

Accordingly,

**IT IS ORDERED** that, on or before **AUGUST 21, 2026**, Respondents shall provide a transcript or recording of Petitioner's June 24, 2026, bond hearing.

Dated this 14th day of August, 2026.

Honorable John Z. Boyle
United States Magistrate Judge