**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Victoria Geraldine Bustos-Cazo,

Petitioner,

v.

Markwayne Mullin, et al.,

Respondents.

No. CV-26-05026-PHX-JZB

**ORDER**

This matter is before the Court upon its own review. On October 30, 2026, Petitioner filed her Motion to Enforce. (Doc. 13.) In the Motion, Petitioner opines that "Respondents have failed to comply with a clear, unambiguous command from this Court, resulting in the ongoing, unauthorized deprivation of Petitioner's physical liberty." (*Id.* at 4.) Specifically, Petitioner points to the Immigration Judge's placement of the burden of proof on Petitioner as a clear violation of this Court's October 14, 2026 Order. (*Id.*) Additionally, Petitioner states the following in her Motion:

> Sanctions and contempt are warranted to compel immediate performance because Respondents are an agency of the federal government or its administrative officials, holding them in civil contempt under FRCP 70(e) is a proper measure to coerce compliance. Petitioner requests that if compliance is not documented within 24 hours of the Court's ruling on this motion, the Court assess coercive daily monetary fines against Respondents until compliance is met.

(*Id.* at 5–6.)

Given the following, the Court shall direct Respondents to file a response to

Petitioner's Motion to Enforce on or before 5:00 p.m. on November 6, 2026.[1]

Accordingly,

**IT IS ORDERED** directing Respondents to file a response to Plaintiff's Motion to Enforce (doc. 13) on or before **5:00 P.M.** on **NOVEMBER 6, 2026**.

Dated this 2nd day of November, 2026.

Honorable John Z. Boyle
United States Magistrate Judge

[1] The Court may grant an extension should one be requested by the parties.